# MEMORANDUM OPINIONS

HENDERSON *v* MURPHY OIL CORPORATION. Appeal from Newaygo, Harold Van Domelen, J. Submitted Division 2 March 7, 1972, at Grand Rapids. (Docket No. 10476.) Decided March 30, 1972.

*Greer, Thomas & Caris*, for plaintiff.

*Landman, Hathaway, Latimer, Clink & Robb* (by *William T. Kerr*), for defendant.

Before: T. M. BURNS, P. J., and FITZGERALD and DANHOF, JJ.

PER CURIAM. Plaintiff, who operated a gasoline service station, brought this action seeking to recover for shortages in gasoline delivered to him by the defendant. The trial court, sitting as the finder of fact, found for the plaintiff and the defendant has appealed.

In cases heard by the court without a jury, findings of fact can be set aside only if they are clearly erroneous. GCR 1963, 517.1. Such is not the situation here. The record contains more than enough evidence to support the trial court's finding that the plaintiff received less gasoline than he paid for.

Affirmed.

PEOPLE *v* DUNN. Appeal from Recorder's Court of Detroit, Robert E. DeMascio, J. Submitted Division 1 February 29, 1972, at Detroit. (Docket No. 10583.) Decided March 30, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Edward R. Wilson*, Assistant Prosecuting Attorney, for the people.

*Armand D. Bove*, for defendant on appeal.

Before: LEVIN, P. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of armed robbery and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.